```
 1 | STEVE W. BERMAN
   | GEORGE W. SAMPSON
 2 | TYLER WEAVER
   | HAGENS BERMAN SOBOL SHAPIRO LLP
 3 | 1918 Eighth Avenue, Suite 3300
   | Seattle, WA 98101
 4 | Telephone: (206) 623-7292
   | Facsimile: (206) 623-0594
 5 | steve@hbsslaw.com
   | george@hbsslaw.com
 6 | tyler@hbsslaw.com
 7 | JENNIFER FOUNTAIN CONNOLLY
   | HAGENS BERMAN SOBOL SHAPIRO LLP
 8 | 1629 K St. NW, Suite 300
   | Washington, D.C. 20006
 9 | Telephone: (202) 355-6435
   | Facsimile: (202) 355-6455
10 | jenniferc@hbsslaw.com
11 | Attorneys for Plaintiffs
```

[FILED CLERK U.S. DISTRICT COURT — JUN 22 2012 — CENTRAL DISTRICT OF CALIFORNIA — DEPUTY]

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CV 06-5008 SVW

| IN RE LIVE CONCERT ANTITRUST LITIGATION | Case No.: 2:06-MDL-01745 SVW (VBKx) |
|---|---|
| This document relates to all actions. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER** <br> Hearing: None <br> Time: None <br> Courtroom: 6 <br> Judge: Hon. Stephen V. Wilson <br> Trial Date: None |

IT IS SO ORDERED
Dated JUN 22 2012

_[signature]_
United States District Judge
STEPHEN V. WILSON

STIPULATED DISMISSAL

1    WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2 consolidated for purposes of coordinated pretrial proceedings;
3    WHEREAS, the parties have reached a global settlement of all twenty-two
4 actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5 two actions with prejudice;
6    NOW, THEREFORE, the parties, by and through their attorneys of record,
7 and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby STIPULATE and AGREE
8 that this MDL and the following member actions are hereby dismissed with
9 prejudice:
10    (1)   *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11 (RCx) (Chicago Region);
12    (2)   *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13 SVW (RCx) (New York/New Jersey Region);
14    (3)   *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15 SVW (RCx) (Boston Region);
16    (4)   *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17 2:05-cv-06704-SVW-VBK (Los Angeles Region);
18    (5)   *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19 04987-SVW-VBK (Denver Region).
20    (6)   *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21 SVW (RCx) (South Florida Region);
22    (7)   *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23 2382-SVW (RCx) (Philadelphia Region);
24    (8)   *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25 SVW (RCx) (Northern California Region);
26    (9)   *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27 SVW (RCx) (Michigan Region);
28

1      (10)  *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-
2  SVW (RCx) (Northern California Region);
3      (11)  *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-
4  4985(RCx) (Michigan Region);
5      (12)  *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW
6  (RCx) (Carolina Region);
7      (13)  *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-
8  SVW (RCx) (Atlanta Region);
9      (14)  *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-
10  5008(RCx) (Indiana Region);
11      (15)  *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-
12  5012 SVW (RCx) (Boston Region);
13      (16)  *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-
14  5018-SVW (RCx) (Ohio Region);
15      (17)  *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-
16  SVW (RCx) (Philadelphia Region);
17      (18)  *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV
18  06-5058(RCx) (Houston Region);
19      (19)  *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-
20  SVW (RCx) (Wisconsin Region);
21      (20)  *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-
22  SVW (RCx) (District of Columbia Region);
23      (21)  *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-
24  SVW (RCx) (Arizona Region);
25      (22)  *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW
26  (RCx) (Seattle Region).
27
28

| | |
|---|---|
| Dated: May 22, 2012 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By: /s/ Jennifer F. Connolly
Jennifer F. Connolly
1629 K St. NW, Suite 300
Washington, D.C. 20006
Tel.: (202) 355-6435
Fax: (202) 355-6455
E-mail: JenniferC@hbsslaw.com

Elaine T. Byszewski
Lee M. Gordon
HAGENS BERMA SOBOL SHAPIRO LLP
700 South Flower Street, Suite 2940
Los Angeles, CA 90017
Tel.: (213) 330-7150
Fax: (213) 330-7150
E-mail: Lee@hbsslaw.com
Elaine@hbsslaw.com

Steve W. Berman
George Sampson
Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax.: (206) 623-0594
Email: steve@hbsslaw.com
george@hbsslaw.com
tyler@hbsslaw.com

Kenneth A. Wexler
Mark R. Miller
WEXLER WALLACE LLP
55 W. Monroe, Suite 3300
Chicago, IL 60603
Tel.: (312) 346-2222
Fax: (312) 346-0022
E-mail: kaw@wexlerwallace.com
mrm@wexlerwallace.com

| | |
|---|---|
| 1 | |
| 2 | Lee Squitieri |
| | Olga A. Pettigrew |
| 3 | SQUITIERI & FEARON LLP |
| | 32 East 57th Street, 12th Floor |
| 4 | New York, NY 10022 |
| | Tel.: (212) 421-6492 |
| 5 | Fax: (212) 421-6553 |
| | E-mail: lee@sfclasslaw.com |
| 6 | ***Co-Lead Counsel and Executive Committee Members*** |
| 7 | |
| 8 | Jeffrey Kodroff |
| | SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C. |
| 9 | 1818 Market Street, Suite 2500 |
| | Philadelphia, PA 19103 |
| 10 | Tel.: (215) 496 0300 |
| | Fax: (215) 496 6611 |
| 11 | E-mail: jkodroff@srkw-law.com |
| 12 | Nicholas Chimicles |
| | Kimberly Donaldson |
| 13 | CHIMICLES & TIKELLIS LLP |
| | 361 W. Lancaster Avenue |
| 14 | Haverford, PA 19401 |
| | Tel.: (610) 642-8500 |
| 15 | Fax: (610) 649-3633 |
| | E-mail: nick@chimicles.com |
| 16 | kimdonaldson@chimicles.com |
| 17 | Lance Harke |
| | HARKE & CLASBY |
| 18 | 9699 NE Second Avenue |
| | Miami, FL 33138 |
| 19 | Tel.: (305) 536-8220 |
| | Fax: (305) 536-8229 |
| 20 | E-mail: lharke@harkeclasby.com |
| 21 | Hollis Salzman |
| | LABATON SUCHAROW |
| 22 | 140 Broadway |
| | New York, NY 10005 |
| 23 | Tel.:(212) 907-0700 |
| | Fax:(212) 818-0477 |
| 24 | E-mail: hsalzman@labaton.com |
| 25 | ***Executive Committee Members*** |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated: May 22, 2012 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 3 | | |
| 4 | | By:  /s/ Jonathan M. Jacobson |
| 5 | | Jonathan M. Jacobson<br>1301 Avenue of the Americas |
| 6 | | 40th Floor<br>New York, NY  10019 |
| 7 | | Telephone:  (212) 999-5800<br>Facsimile:  (212) 999-5899 |
| 8 | | Colleen Bal |
| 9 | | Wilson Sonsini Goodrich & Rosati PC<br>650 Page Mill Road |
| 10 | | Palo Alto, CA 94304<br>Telephone:  (650) 493-9300 |
| 11 | | Facsimile:  (650) 493-8111 |
| 12 | | MINTZ LEVIN COHN FERRIS GLOVSKY<br>AND POPEO, P.C |
| 13 | | Harvey I. Saferstein<br>2029 Century Park East, Suite 1370 |
| 14 | | Los Angeles, California 90067<br>Telephone:  (310) 586-3200 |
| 15 | | ***Attorneys for Defendants*** |